**Melvin LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 60224.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 14, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
May 12, 1992.

Application to Transfer Denied
June 30, 1992.

David Bruns, St. Louis, for appellant.

John Munson Morris, III, Robin Grissom, Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Melvin Lee, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the legal file and find no error on the part of the motion court. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value. Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.